

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  6/21/2023
> The Government shall file its motion to dismiss the amended complaint by June 22, 2023. The Clerk of Court is respectfully directed to close the motion at Doc. 22.

VIA ECF
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Sheng-Wen Cheng v. United States of America*, No. 22 Civ. 10536 (VSB)

Dear Judge Broderick:

This Office represents the government in the above-captioned action. In accordance with the Court's order of June 14, 2023, ECF No. 32, I write respectfully to inform the Court that the government's motion to dismiss the original complaint, ECF No. 22, should be deemed moot. The government intends to file a motion to dismiss the amended complaint on or before June 22, 2023.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Jessica F. Rosenbaum
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2777
Email: jessica.rosenbaum@usdoj.gov