APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/6/2023

The Clerk of Court is respectfully directed to close the motion at Doc. 19.

June 27, 2023

Hon. Vernon S. Broderick
Daniel Patirck Moynihan U.S. Courthouse
500 Pearl Street
New York, NY, 10007

Re: Cheng v. United States, No.22-cv-10536

To Hon. Judge Broderick,

    I am respectfully submitting this letter to inform Your Honor that I am withdrawing my previous <u>Motion for an Appointment of a Class Counsel</u> that I submitted to this Honorable Court back in March of 2023.

    Nevertheless, in light of the latest allegations in my amended complaint, and the latest efforts I have made to obtain counsel, I intend to resubmit a renewed Motion For an Appointment of a Class Counsel in the next few weeks to this Honorable Court.

    I thank Your Honor for the consideration of this letter.

Respectfully Submitted,

Sheng-Wen Cheng

COMMITTED NAME: Sheng-Wen Cheng
REG. NO. & QTRS.: 05261-509
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

SAINT PAUL MN 550
27 JUN 2023 PM 3 L

05261-509
Daniel Patrick
Moynihan U.S. Courthouse
500 Pearl ST
NEW YORK, NY 10007
United States

10007-131659