**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 9/21/2023

I have received Plaintiff's motions for appointment of pro bono counsel, motion for a preliminary injunction, and papers associated with the Government's motion to dismiss. These motions are thus fully briefed and I will issue a decision on them in due course. As Plaintiff has made two motions for the appointment of pro bono counsel, (Docs. 33, 64), the earlier motion is duplicative, and I shall consider Plaintiff's second motion. The Clerk of Court is respectfully directed to close the motion at Doc. 33.

Sheng-Wen Cheng
No. 05261-509

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY, 10007

Re: Cheng v. United States
    No. 22-cv-10536 (VSB)

To Honorable Clerk of Court,

    I am writing this letter to inquire whether this Honorable Court has received the "Reply in further Support of Plaintiff Sheng-Wen Cheng's Motion for a Preliminary Injunction", and "Motion for an Appointment of a Pro Bono Counsel" that I submitted to this Honorable Court through the legal mailroom of my institution on August 9, 2023, and August 14, 2023, seperately, for the above-titled action.

    Even though I sent those two documents to this Honorable Court through certified mail, I am not able to track the delivery of my mails due to the lack of access to internet while being incarcerated. Thus, if this Honorable Court can confirm that it has received my above-mentioned two documents, that would be wonderful.

    I thank this Honorable Court for its assistance in advanced.

Sincerely,

Sheng-Wen Cheng

COMMITTED NAME: Sheng-Wen Cheng
REG. NO. & QTRS.: 05261-509
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

Legal Mail

◇05261-509◇
Daniel Patrick
Moynihan U.S. Courthouse
500 Pearl ST
NEW YORK, NY 10007
United States

Pro Se

SAINT PAUL MN 550
12 SEP 2023 PM 1 L