**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
SHENG-WEN CHENG, individually and on
behalf of a class of all others similarly
situated,

                    Plaintiff,

        -against-                                22 **CIVIL** 10536 (VSB)

                                             **JUDGMENT**

UNITED STATES OF AMERICA,

                    Defendant.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 26, 2024, the Government's motion to

dismiss is GRANTED, and Cheng's motions for a (1) preliminary injunction, (2) judgment on the

pleadings or, in the alternative, summary judgment, and (3) appointment of counsel are

DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 27, 2024

                                        **RUBY J. KRAJICK**

                                   _____
                                         **Clerk of Court**

                      **BY:**      _____
                                     **Deputy Clerk**